**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ADAM HILL**                                                            **PLAINTIFF**
*ADC #601559*


**v.**                              **NO. 3:26-cv-00003-KGB-PSH**


**CRAIGHEAD COUNTY,** [1] *et al.*                            **DEFENDANTS**


### <u>ORDER</u>

Having reviewed plaintiff Adam Hill's second amended complaint (Doc. No. 15) for screening purposes,[2] it appears that service is appropriate as to his claims against defendant Sandy Edwards.  The Clerk of the Court is directed to prepare a summons for defendant Edwards, and the United States Marshal is hereby directed to serve the summons and second amended complaint on her without prepayment of fees and costs or security therefor. Service on Edwards should be attempted through the Craighead County Sherriff's office.[3]

---

[1] Sandy Edwards is the only defendant on the plaintiff's second amended complaint (Doc. No. 15).  The Clerk of Court is therefore directed to terminate all other defendants on the docket sheet for this case.

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[3] If a defendant is no longer a County employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.

IT IS SO ORDERED this 2nd day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE