**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ADAM HILL**                                                                          **PLAINTIFF**
*ADC #601559*

**v.**                                        **NO. 3:26-cv-00003-KGB-PSH**

**SANDY EDWARDS**                                                          **DEFENDANT**

## ORDER

The summons issued for defendant Sandy Edwards has not been returned, but her last known address has been provided and filed under seal (Doc. No. 21).  The Clerk of the Court is directed to prepare a summons for defendant Edwards, and the United States Marshal is hereby directed to serve the summons and second amended complaint (Doc. No. 15) on her at the address under seal without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 26th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE