### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ADAM HILL**                                                       **PLAINTIFF**
*ADC #601559*


**v.**                              **No. 3:26-cv-00003-KGB-PSH**


**CRAIGHEAD COUNTY,** *et al.*                              **DEFENDANTS**

### **ORDER**

Before the Court is a Third Motion to Amend Complaint filed by Plaintiff Adam Hill (Doc. No. 27).[1]  Hill attaches a proposed Third Amended Complaint (Doc. No. 27-1).  He seeks to dismiss his claims against defendant Sandy Edwards and the CCDC (Craighead County Detention Center)[2] and to raise new, unrelated claims against a number of defendants who work at the Arkansas Division of Correction (ADC) where he is currently incarcerated.  Hill's motion is DENIED.  If Hill seeks to dismiss this lawsuit and his claims against Edwards, he may file a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a).  He may not

---

[1] Pursuant to Federal Rule of Civil Procedure 15(a), once an answer has been filed, "a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires."  However, the Court may "properly deny a party's motion to amend its complaint when such amendment would unduly prejudice the non-moving party or would be futile."  *Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 497 (8th Cir. 2008) (citing *Kozohorsky v. Harmon,* 332 F.3d 1141, 1144 (8th Cir. 2003)).

[2] CCDC was not named as a defendant in Hill's operative second amended complaint (Doc. No. 15) and has not been served with process.

amend his complaint to file an entirely new lawsuit and against new defendants.

Allowing him to do so would defeat the filing fee requirements. *See Bailey v. Doe,*

434 F. App'x 573, 573 n.1 (8th Cir. 2011) (unpublished) (approving severance of a

prisoner's complaint into three separate actions and obligating him to pay three

separate filing fees). Claims unrelated to this lawsuit must therefore be raised in a

new lawsuit subject to a separate filing fee.

IT IS SO ORDERED this 20th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE